433

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of statiguns and parts thereof the same in all material respects as those the subject of *Herman H. Sticht Co., Inc.* v. *United States* (40 Cust. Ct. 173, C.D. 1979), the claim of the plaintiff was sustained.

**No. 63605.**—Herman H. Sticht Co., Inc. *v.* United States, protest 59/16622 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of statiguns and parts thereof the same in all material respects as those the subject of *Herman H. Sticht Co., Inc.* v. *United States* (40 Cust. Ct. 173, C.D. 1979), the claim of the plaintiff was sustained.

**No. 63606.**—United Merchandising Corp., and Frank P. Dow Co., Inc., of L.A. *v.* United States, protests 58/23323 and 59/3085 (Los Angeles).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 63607.**—National Merchandising Corp. *v.* United States, protest 59/5748 (Los Angeles).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 63608.**—Frank P. Dow Co., Inc., of L.A. *v.* United States, protest 59/7669 (Los Angeles).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 63609.**—American Leather Specialties Corp. *v.* United States, protest 59/10669 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C.D. 1868), the claim of plaintiff was sustained.